```
 1  DAVID CHIU, State Bar #189542
    City Attorney
 2  KATHARINE HOBIN PORTER, State Bar #173180
    Chief Labor Attorney
 3  IAN H. ELIASOPH, State Bar #227557
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, 5th Floor
 5  San Francisco, California 94102-5408
    Telephone:     (415) 554-3864
 6  Facsimile:     (415) 554-4248
    E-Mail:        ian.eliasoph@sfcityatty.org
 7
    Attorneys for Defendant
 8  CITY AND COUNTY OF SAN FRANCISCO

 9  ANGELA M. ALIOTO (SBN 130328)
    JORDANNA THIGPEN (SBN 232642)
10  LAW OFFICES OF JOSEPH L. ALIOTO
    AND ANGELA ALIOTO
11  700 Montgomery Street
    San Francisco, CA 94111-2104
12  Telephone: (415) 434-8700
    Facsimile: (415) 438-4638
13  Email: jgt@aliotolawoffice.com

14  Attorneys for Plaintiff
    SARAH PERATA
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH PERATA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 21-CV-02819-SBA<br><br>**STIPULATION AND JOINT REQUEST FOR AN ORDER MODIFYING SCHEDULING ORDER TO TAKE TWO DEPOSITIONS; ORDER** |

## STIPULATION AND PROPOSED ORDER

**IT IS STIPULATED BY THE PARTIES BY AND THROUGH THEIR COUNSEL AS FOLLOWS:**

1. The Court previously entered a Scheduling Order (Dkt. 16), which was later amended on March 2, 2022 (Dkt. 31)

2. The Parties to this action have been diligently engaged in discovery and have met and conferred, but despite their best efforts, and due to the necessity to coordinate scheduling of their witnesses and the Parties' other litigation matters, they were unable to schedule two witnesses for their remote depositions: a designated Person Most Knowledgeable for the City and County of San Francisco, and that witness in her individual capacity.

3. Therefore, the Parties wish to modify the fact discovery cutoff from the Court's Scheduling Order (Dkt. 16), as Amended (Dkt. 31) to permit the taking of these two depositions on May 4 and May 5, 2022.

4. **IT IS HEREBY JOINTLY REQUESTED BY THE PARTIES**, by and through their respective counsel that the Scheduling Order be modified to permit the taking of the two depositions on May 4 and May 5, 2022.

Respectfully submitted:

**OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO**

DATED: 4/18/22        /s/ Ian H. Eliasoph
IAN H. ELIASOPH
Attorneys for Defendant
City and County of San Francisco

**LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO**

DATED: 4/18/22        /s/ Jordanna G. Thigpen
JORDANNA THIGPEN
Attorneys for Plaintiff Sarah Perata

**ATTESTATION OF E-FILED SIGNATURE**

I, Jordanna G. Thigpen, am the ECF User whose ID and password are being used to file this **STIPULATION AND JOINT REQUEST FOR AN ORDER MODIFYING SCHEDULING ORDER TO TAKE TWO DEPOSITIONS**. In compliance with Local Rule 5-1(i)(3), I attest that Ian Eliasoph has read and approved this pleading and consents to its filing in this action.

**LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO**

DATED:   4/18/22

*/s/ Jordanna G. Thigpen*
JORDANNA THIGPEN
Attorneys for Plaintiff Sarah Perata

# [ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Scheduling Order (Dkt. 16), as Amended (Dkt. 31) is modified to permit the taking of two depositions on May 4 and May 5, 2022 (Defendant's designated Person Most Knowledgeable and the witness in her individual capacity).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 5/18/2022

_____ RS
Richard Seeborg for Saundra B. Armstrong
Senior United States District Judge