DAVID CHIU, State Bar #189542
City Attorney
KATHARINE HOBIN PORTER, State Bar #173180
Chief Labor Attorney
IAN H. ELIASOPH, State Bar #227557
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3864
Facsimile:    (415) 554-4248
E-Mail:       ian.eliasoph@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

ANGELA M. ALIOTO (SBN 130328)
JORDANNA THIGPEN (SBN 232642)
LAW OFFICES OF JOSEPH L. ALIOTO
AND ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA 94111-2104
Telephone: (415) 434-8700
Facsimile: (415) 438-4638
Email: jgt@aliotolawoffice.com

Attorneys for Plaintiff
SARAH PERATA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH PERATA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 21-CV-02819-SBA<br><br>**STIPULATION AND JOINT REQUEST FOR AN ORDER MODIFYING SCHEDULING ORDER RE: EXPERT DISCOVERY DEADLINES; ORDER** |

1

**STIPULATION AND [PROPOSED] ORDER**

2

**IT IS STIPULATED BY THE PARTIES BY AND THROUGH THEIR COUNSEL AS**

3

**FOLLOWS:**

4

      1.     The Court previously entered a Scheduling Order (Dkt. 16), which was later amended

5

on March 2, 2022 (Dkt. 31), and thereafter two depositions were permitted after the cutoff for

6

scheduling purposes (Dkt. 39).

7

      2.     The Parties to this action have been diligently engaged in discovery and have met and

8

conferred, but despite their best efforts, and due to the necessity to coordinate scheduling of their

9

witnesses and the Parties' other litigation matters, and the necessity of clarifying the expert discovery

10

cutoff date, they have agreed to extend the expert disclosure, rebuttal, and expert discovery cutoff

11

dates.

12

      3.     Therefore, the Parties wish to modify the fact discovery cutoff from the Court's

13

Scheduling Order (Dkt. 16), as Amended (Dkt. 31) as follows:

14

15

16

| Event | Current Date | **New**/Existing **Date** |
|-------|--------------|---------------------------|

17

| Expert Disclosure | 5/20/2022 | **5/27/2022** |

18

| Rebuttal Disclosure | 6/17/2022 | **6/30/2022** |

19

| Expert Discovery Cutoff | 6/3/2022 | **7/22/2022** |

20

| Law and Motion Cutoff | 8/10/2022 | 8/10/2022 |

21

| Pretrial Preparation | 9/21/2022 | 9/21/2022 |

22

23

| MILS/Objections to Evidence | 10/5/2022 | 10/5/2022 |

24

| Responses to MILs | 10/12/2022 | 10/12/2022 |

25

| Replies | 10/19/2022 | 10/19/2022 |

26

| Pretrial Conference | 11/9/2022 | 11/9/2022 |

27

| Jury Trial (7-10 Days) | 12/5/2022 | 12/5/2022 |

28

4.      **IT IS HEREBY JOINTLY REQUESTED BY THE PARTIES**, by and through their respective counsel that the Scheduling Order, as Amended be modified to extend expert discovery, rebuttal, and cutoff dates as set forth above.

Respectfully submitted:

**OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO**

DATED:_____5/18/22_____         _____*/s/ Ian H. Eliasoph*
                                    IAN H. ELIASOPH
                                    Attorneys for Defendant
                                    City and County of San Francisco

**LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO**

DATED:_____5/18/22_____         _____*/s/ Jordanna G. Thigpen*
                                    JORDANNA THIGPEN
                                    Attorneys for Plaintiff Sarah Perata

1

## ATTESTATION OF E-FILED SIGNATURE

2       I, Jordanna G. Thigpen, am the ECF User whose ID and password are being used to file this

3 **STIPULATION AND JOINT REQUEST FOR AN ORDER MODIFYING SCHEDULING**

4 **ORDER RE: EXPERT DISCOVERY DEADLINES; [PROPOSED] ORDER**. In compliance with

5 Local Rule 5-1(i)(3), I attest that Ian Eliasoph has read and approved this pleading and consents to its

6 filing in this action.

7

8                                                **LAW OFFICES OF JOSEPH L. ALIOTO**
                                             **AND ANGELA ALIOTO**

9

10 DATED:     5/18/22                            */s/ Jordanna G. Thigpen*

11                                         JORDANNA THIGPEN

12                                         Attorneys for Plaintiff Sarah Perata

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2        The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

3        **IT IS HEREBY ORDERED** that the Scheduling Order (Dkt. 16), as Amended (Dkt. 31) is

4 modified to extend the expert disclosure, rebuttal, and cutoff dates as set forth below:

5

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosure | 5/20/2022 | **5/27/2022** |
| Rebuttal Disclosure | 6/17/2022 | **6/30/2022** |
| Expert Discovery Cutoff | 6/3/2022 | **7/22/2022** |
| Law and Motion Cutoff | 8/10/2022 | 8/10/2022 |
| Pretrial Preparation | 9/21/2022 | 9/21/2022 |
| MILS/Objections to Evidence | 10/5/2022 | 10/5/2022 |
| Responses to MILs | 10/12/2022 | 10/12/2022 |
| Replies | 10/19/2022 | 10/19/2022 |
| Pretrial Conference | 11/9/2022 | 11/9/2022 |
| Jury Trial (7-10 Days) | 12/5/2022 | 12/5/2022 |

19

20        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22

23 DATED: _____5/20/2022_____          _____ RS

24                                         SAUNDRA BROWN ARMSTRONG
                                           Senior United States District Judge
25

26

27

28