UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH PERATA,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>   Defendant. | Case No. 21-cv-02819-TSH<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Sarah Perata is **ORDERED TO SHOW CAUSE** why this case should not be dismissed with prejudice based on the parties' settlement agreement. Plaintiff shall file a declaration in response by February 21, 2025. Alternatively, the parties shall file a stipulation for dismissal by the same deadline.

**IT IS SO ORDERED.**

Dated: February 10, 2025

THOMAS S. HIXSON
United States Magistrate Judge